IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Staples, Erika N | Case Number: 05 B 03195 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/18/08 | Filed: 2/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 1, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 32,129.89 | |
| Secured: | | 25,894.83 |
| Unsecured: | | 2,940.41 |
| Priority: | | 0.00 |
| Administrative: | | 1,409.20 |
| Trustee Fee: | | 1,543.15 |
| Other Funds: | | 342.30 |
| Totals: | 32,129.89 | 32,129.89 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,409.20 | 1,409.20 |
| 2. | Select Portfolio Servicing | Secured | 18,900.00 | 18,900.00 |
| 3. | Select Portfolio Servicing | Secured | 6,994.79 | 6,994.83 |
| 4. | Great Seneca | Unsecured | 1,354.02 | 1,354.02 |
| 5. | Village of Glenwood | Unsecured | 500.00 | 500.00 |
| 6. | Palisades Collection LLC | Unsecured | 570.61 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 1,086.39 | 1,086.39 |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Direct Tv | Unsecured | | No Claim Filed |
| 10. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 11. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 12. | A T & T Cable | Unsecured | | No Claim Filed |
| 13. | Midland Credit Management | Unsecured | | No Claim Filed |
| 14. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 15. | National City Bank | Unsecured | | No Claim Filed |
| 16. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 17. | Village of Glenwood | Unsecured | | No Claim Filed |
| 18. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 19. | Calumet Park Ill C/O MCSI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,815.01 | $ 30,244.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 135.52 |
| 3% | 101.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Staples, Erika N

Printed:  3/18/08

Case Number:  05 B 03195
Judge:  Wedoff, Eugene R
Filed:  2/1/05

|  |  |
|---|---:|
| 5.5% | 633.56 |
| 5% | 158.39 |
| 4.8% | 345.60 |
| 5.4% | 168.14 |
|  | _____ |
|  | $ 1,543.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____